UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. BARNHARDT,<br><br>          Plaintiff,<br><br>    v.<br><br>JAMES E. TILTON, et al.,<br><br>          Defendants.<br>_____/ | 1:07-cv-00539 LJO-DLB (PC)<br><br>ORDER DENYING AS PREMATURE MOTION FOR ENTRY OF DEFAULT<br><br>(Doc. 41.) |

Plaintiff Marcus J. Barnhardt is a state prisoner proceeding pro se in a prisoner civil rights action pursuant to 42 U.S.C. § 1983.  On June 23, 2009, defendant Phi filed his waiver of service. (Doc. 40.)  On July 6, 2009, Plaintiff filed a motion for entry of default against defendant Bryan H. Phi.  (Doc. 41.)

Defendant Phi's responsive pleading is not yet due.  (Doc. 40.)  Plaintiff's motion for entry of default is premature and therefore denied.  Plaintiff's request for a telephone conference on this matter is also denied.

     IT IS SO ORDERED.

     Dated:   **July 9, 2009**                            /s/ **Dennis L. Beck**
                                                                   UNITED STATES MAGISTRATE JUDGE

-1-