UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. BARNHARDT, | 1:07-cv-00539 LJO-DLB (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR DISCOVERY |
| v. | (Doc. 44) |
| JAMES E. TILTON, et al., | |
| Defendants. | |

Plaintiff Marcus J. Barnhardt is a state prisoner proceeding pro se in a prisoner civil rights action pursuant to 42 U.S.C. § 1983. On July 22, 2009, Plaintiff filed a motion requesting the Court allow Plaintiff to conduct discovery. (Doc. 44.) Defendants filed an opposition to the motion on July 27, 2009. (Doc. 46.)

As explained in the First Informational Order, the Court will issue an order opening the discovery phase of this litigation when an answer is filed. (Doc. 8.) Defendants have not yet filed an answer. Plaintiff's motion for leave to conduct discovery is denied.

IT IS SO ORDERED.

**Dated:   August 21, 2009**          **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

-1-